UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

                                                       Case No. 14-cr-20248
                                                       Hon. Matthew F. Leitman

DAVID CHARLES NADEAU,

    Defendant.
_____/

## ORDER DIRECTING RELEASE FROM CUSTODY

**IT IS HEREBY ORDERED** that Defendant David Nadeau shall be released from custody on the morning of August 11, 2022 (by not later than 9:00 a.m.) so that he may travel <u>directly</u> to the Harbor Light residential substance treatment facility in Monroe County. Upon arrival at the Harbor Light facility, Nadeau shall commence an inpatient substance abuse treatment program of not less than twenty-eight (28) days. Nadeau shall not leave the Harbor Light facility until he has successfully completed the program. Upon completion of the program, Nadeau shall serve a term of 180 days in a residential re-entry center.

    **IT IS SO ORDERED.**

                                                      s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated: August 9, 2022

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 9, 2022, by electronic means and/or ordinary mail.

                                        s/Holly A. Ryan
                                        Case Manager
                                        (313) 234-5126