MIE 1A
Revised 08\18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

UNITED STATES OF AMERICA

      v.

NADEAU, David Charles            Crim. No.: 14CR20248-01

On 07/05/2022 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violations of supervision. The issues of the violations were heard in Court on 08/08/2022, and the Court made the following findings:

 X   Guilty of violating conditions of supervision. The following special conditions of supervision are added.

1. The offender shall remain in custody until 08/11/2022 and will be released no later than 9:00 a.m. in order to arrive at Salvation Army- Harbor Light, Monroe, MI on time.
2. The offender must complete residential inpatient treatment at Salvation Army- Harbor Light, Monroe, MI for the full duration of the program.
3. Upon completion of inpatient treatment, the offender is to be immediately transitioned to the Residential Reentry Center (RRC) for a period of 180 days. The offender must abide by all rules and regulations of the facility. The Court further requests that subsistence be waived and that social passes be permitted at the discretion of the United States Probation Officer.
4. Following completion of his term at the RRC, all previously imposed conditions remain in effect, and outpatient substance abuse treatment shall recommence.

      Respectfully submitted,

      s/Chelsea L. Harris
      United States Probation Officer

### ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued. All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 9th Day of August, 2022.

      s/Matthew F. Leitman
      United States District Judge